IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY L. HUNZIKER

    Plaintiff,

v.                         No. 11-cv-578-DRH-PMF

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and AMERICAN
INTERNATIONAL GROUP, INC., as PLAN
ADMINISTRATOR,

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 26). The Court hereby acknowledges the stipulation and finds that all of plaintiff's claims pled in the amended complaint against defendants are **DISMISSED with prejudice**, each party to bear their own fees and costs. The Clerk is instructed to close the file and enter judgment accordingly.

    **IT IS SO ORDERED.**

Signed this 12th day of April, 2012.

David R. Herndon
2012.04.12
15:34:24 -05'00'

**Chief Judge
United States District Court**