IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRACY L. HUNZIKER,

    Plaintiff,

-vs-

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY and AMERICAN
INTERNATIONAL GROUP, INC., as
PLAN ADMINISTRATOR,

    Defendants.             NO. 11-CV-578-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 12, 2012, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

        NANCY J. ROSENSTENGEL,
        CLERK OF COURT


        BY:    /s/*Sandy Pannier*
                **Deputy Clerk**

Dated: April 12, 2012

David R. Herndon
2012.04.12
15:38:15 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT